IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00892-PSF-PAC

ESTELLA M. REMINGTON,

    Plaintiff,

v.

WALGREEN CO., an Illinois corporation; and
MERCK AND COMPANY, INC., a New Jersey corporation,

    Defendants.

---

## ORDER SETTING CASE FOR TRIAL

---

Upon review of the parties' proposed Scheduling Order (Dkt. # 30), the Court has set the above-captioned matter for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **December 5, 2005 at 1:30 p.m.**  A Final Trial Preparation Conference is set for **November 28, 2005 at 8:30 a.m.**  The parties are expected to be fully prepared for trial at that time, and **lead counsel who will try the case shall attend.**

Counsel are directed to confer and to prepare a revised scheduling order consistent with the trial date, to be filed with the Court at least **24 hours prior** to the August 11, 2005 scheduling conference.

    DATED:  August 5, 2005

                                                             BY THE COURT:

                                                             s/ Phillip S. Figa
                                                             _____
                                                             Phillip S. Figa
                                                             United States District Judge