IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00892-PSF-PAC

ESTELLA M. REMINGTON,

    Plaintiff,

v.

WALGREEN CO., an Illinois corporation; and
MERCK AND COMPANY, INC., a New Jersey corporation,

    Defendants.
_____

**ORDER**
_____

    The Unopposed Motion to Separate Caption and Clarify Applicability of Deadlines (Dkt. # 40) is GRANTED.

    The portion of the case involving Defendant Merck and Company, Inc. was transferred by Order of Multidistrict Panel to the United States District Court for the Eastern District of Louisiana. Purusant to this Court's Order of July 15, 2005, the claim against Defendant Walgreen Co. was allowed to proceed in this Court. It is

    THEREFORE ORDERED that until such time as the transferred portion of the case involving Defendant Merck and Company, Inc. is retransferred back to this district, the caption shall appear as follows: Estella M. Remington, plaintiff, v. Walgreen Co., an Illinois corporation, defendant. It is

FURTHER ORDERED that until further notice all trial and pre-trial deadlines currently in effect apply only to the plaintiff and Defendant Walgreen Co.

DATED: August 24, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge