IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00892-PSF-PAC

ESTELLA M. REMINGTON,

    Plaintiff,

v.

WALGREEN CO., an Illinois corporation,

    Defendant.

---

**ORDER ON UNOPPOSED MOTION TO STAY DEADLINE FOR DESIGNATION OF NON-PARTIES AT FAULT AS TO DEFENDANT MERCK & CO., INC. ONLY**

---

    Defendant Merck & Co., Inc.'s Unopposed Motion to Stay Deadline for Designation of Non-Parties at Fault as to Defendant Merck & Co., Inc. Only (Dkt. # 44) is GRANTED.

    DATED:  August 26, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge