UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:05-cv-00892-PSF-PAC

ESTELLA M. REMINGTON,
Plaintiff

v.

WALGREEN CO., et al.,
Defendants.

_____

## ENTRY OF APPEARANCE
_____

Kevin F. Amatuzio of Montgomery, Kolodny, Amatuzio & Dusbabek, L.L.P., hereby enters his appearance as counsel of record on behalf of Defendant Walgreen Co.

Respectfully submitted September 28, 2005.

MONTGOMERY, KOLODNY,
AMATUZIO & DUSBABEK, L.L.P.

*[Original signature of Kevin F. Amatuzio on file at Montgomery, Kolodny, Amatuzio & Dusbabek, L.L.P.]*

By:   s/ Kevin F. Amatuzio
      David C. Fawley
      Kevin F. Amatuzio
      Sandra J. Schmieder
      475 17th Street, 16th Floor
      Denver, CO  80202
      Phone:  303-592-6600
      Fax:  303-592-6666
      E-mail:  kamazutio@mkadlaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that I did on September 28, 2005, serve a true and correct copy of the foregoing **ENTRY OF APPEARANCE**, in the manner indicated below and addressed as follows:

| | |
|---|---|
| John C. Steele<br>Lohf Shaiman Jacobs Hyman & Feiger PC<br>950 South Cherry St.  #900<br>Denver, CO  80246 | Robert M. Fitzgerald<br>Fitzgerald Law Office<br>3333 S. Wadsworth Blvd  #D333<br>Lakewood, CO  80227 |
| ☐ Fax  ☐ Mail  ☐ Delivery  ☒ Electronic Filing | ☐ Fax  ☐ Mail  ☐ Delivery  ☒ Electronic Filing |

Andrew Myers
Wheeler Trigg Kennedy LLP
1801 California, suite 3600
Denver, CO  80202

☐ Fax  ☐ Mail  ☐ Delivery  ☒ Electronic Filing

_____
[Signature on File:  Diana Wilcox]