IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00892-PSF-PAC

ESTELLA M. REMINGTON,

    Plaintiff,

v.

WALGREEN CO., an Illinois corporation,

    Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the Parties' Stipulated Motion to Dismiss with Prejudice (Dkt. # 54), GRANTS the Motion. It is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear her or its own costs and attorney fees.

DATED: November 14, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge